UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Michael D. Henry, | § | |
| *Plaintiff,* | § | |
| v. | § | |
| | § | Civil Action H-05-1081 |
| JoAnne B. Barnhart, | § | |
| Commissioner of Social Security, | § | |
| *Defendant.* | § | |

### Order

The Plaintiff's unopposed motion to extend time to file Plaintiff's Motion for Summary Judgment is granted.

The Plaintiff's motion for summary judgment is due September 22, 2005, and Defendant's response is due October 13, 2005.

Signed at Houston, Texas on August 22, 2005.

_____
Stephen Wm Smith
United States Magistrate Judge